# Affidavit of Process Server

| PNC Bank | vs | Secret Salon, et al | 11CV4370 |
|---|---|---|---|
| Plaintiff/Petitioner | | Defendant/Respondent | Case# |

I, **Michael Janson**, Being duly sworn, on my oath, I declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served **Dorota Bialas**
NAME OF PERSON/ENTITY BEING SERVED

with the (documents)
- ☐ Subpoena with $ _____ witness fee and mileage
- ☒ Summons and Complaint

by serving (NAME) **Dorota Bialas**
- ☒ Home **3630 N Harlem, Chicago**
- ☐ Business
- ☒ on (DATE) **7-11-11** at (TIME) **10:50 am**

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
From (CITY) _____ (STATE) _____

**Manner of Service:**
- ☒ By Personal Service
- ☐ By delivering, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof, namely, _____
- ☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers
- ☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
- ☐ Unknown at Address  ☐ Evading  ☐ Other: _____
- ☐ Address does not exist  ☐ Service cancelled by litigant
- ☐ Moved, Left no forwarding  ☐ Unable to serve in a timely fashion

**Service Attempts:** Service was attempted on: ( ) _____ ,( ) _____ ,( ) _____ ,( ) _____ ,( ) _____ ,( ) _____
DATE TIME

**Description:**
- ☐ Male  ☒ White Skin  ☐ Black Hair  ☐ White Hair  ☐ 14-20 Yrs.  ☐ Under 5'  ☐ Under 100 Lbs.
- ☒ Female  ☐ Black Skin  ☐ Brown Hair  ☐ Balding  ☐ 21-35 Yrs.  ☐ 5'-5'3"  ☐ 100-130 Lbs.
- ☐ Brown Skin  ☒ Blond Hair  ☐ 36-50 Yrs.  ☒ 5'4"-5'8"  ☒ 131-160 Lbs.
- ☐ Glasses  ☐ Yellow Skin  ☒ Gray Hair  ☐ Mustache  ☒ 51-65 Yrs.  ☐ 5'9"-6'  ☐ 161-200 Lbs.
- ☐ Red Skin  ☐ Red Hair  ☐ Beard  ☐ Over 65 Yrs.  ☐ Over 6'  ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of Illinois County of Cook

SERVED BY _____
LASALLE PROCESS SERVERS
ILLINOIS PRIVATE DETECTIVE LICENSE# 117-001432

Subscribed and sworn to before me a notary public, this **12** day of **July**, 20**11**

OFFICIAL SEAL
ANDREW RAPHAEL
NOTARY PUBLIC, STATE OF IL
MY COMMISSION EXPIRES 11-...

McFadden

Notary Public

CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

PNC BANK, NATIONAL ASSOCIATION, successor to National City Bank of the Midwest,

    Plaintiff.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:     11 CV 4370

V.

ASSIGNED JUDGE: HON. ROBERT M. DOW, JR.

SECRET SALON & SPA CORP., DOROTA BIALAS and 7148-58 W. ADDISON AVENUE CONDOMINIUM ASSOCIATION, an Illinois not-for-profit corporation,

    Defendants.

DESIGNATED
MAGISTRATE JUDGE: HON. MICHAEL T. MASON

TO: (Name and address of Defendant)

Dorota Bialas
3630 North Harlem, Apt. 311
Chicago, Illinois 60634

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Wendy Kaleta Skrobin
McFadden & Dillon, P.C.
120 S. LaSalle Street, Suite 1335
Chicago, Illinois 60603

an answer to the complaint which is herewith served upon you,     ___twenty-one (21)___    days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

**Michael W. Dobbins, Clerk**

*(signature)*

**(By) DEPUTY CLERK**

**June 28, 2011**
**Date**

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
             Date                    *Signature of Server*

                                     _____
                                     *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.